IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                           Date: July 24, 2008
Therese Lindblom, Court Reporter

Civil Action No. 08–cv–01376–EWN

| *Parties:* | *Counsel:* |
|---|---|

GEORGE NOEL CHAN                              John Reardon

      Petitioner,

v.

MICHAEL MUKASEY, US Attorney                  Timothy Jafek
General;
KEVIN D. ROONEY, Dir. EOIR
Immigration Court;
MICHAEL CHERTOFF, Secretary, DHS,

      Respondents.

---

## COURTROOM MINUTES

---

**Status Conference**

**10:06 a.m.**     Court in session.

Court calls case and appearances.  Mr. Reardon is not present.  Mr. Shawn Meade, counsel in the employ of Mr. Reardon, explains the cause of Mr. Reardon's absence.

10:08 a.m.     Mr. Reardon arrives in court.

Discussion regarding the motion for temporary restraining order, #2.

Court's findings.

**ORDERED:  1.      Defendant's Motion for a [sic] Emergency Temporary Restraining Order, Declaratory and Injunctive Relief (Stay and Release) (#2, filed June 30, 2008) is DENIED.**

Discussion regarding Petition for Writ of Habeas Corpus, #1.

Court's findings.

**ORDERED:  2.      The Petition for Writ of Habeas Corpus (#1, filed June 30, 2008) is DISMISSED without prejudice.**

Discussion regarding process as to the Tenth Circuit.

**ORDERED:  3.      Clerk shall forthwith prepare a judgment reflecting the court's ruling.**

**10:19 a.m.**      Court in recess.

Hearing concluded.

Total time in court:  00:13